UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROCKY HOLMES,

        Plaintiff,

v.

DR. M. SEPULVEDA, DR. J. RHOADS,

        Defendants.

    /

No. C13-1944 WHA (PR)

**ORDER OF DISMISSAL**

This is a civil rights action filed under 42 U.S.C. 1983 by a state prisoner proceeding pro se. Plaintiff sued two doctors at Salinas Valley State Prison ("SVSP"), M. Sepulveda and J. Rhoads. Sepulveda's motion for summary judgment was granted. On December 17, 2014, an order directing plaintiff to serve or provide the location of defendant Rhoads was mailed to plaintiff at the address he provided to the court. On January 2, 2015, the order was returned by the postal service as undeliverable because plaintiff was not located at the address he provided. Plaintiff has not notified the clerk of his current address. Pursuant to Local Rule 3-11(b), which requires the parties to keep the court informed of their current mailing address and states that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice, this case is **DISMISSED** without prejudice. *See also* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March  16   2015.

                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE